UNITED STATES DISTRICT COURT
EASTERN DISRICT OF NORTH CAROLINA
WESTERN DIVISION
**CIVIL ACTION NO: 5:13-CV-00182**

DAVID WOLFE AND ANITA WOLFE,
    Plaintiffs

v.

TORCHMARK CORPORATION;
UNITED AMERICAN INSURANCE
COMPANY,
    Defendants

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

Upon Plaintiff's Motion to dismiss, and pursuant to the agreement of the parties, it is hereby ORDERED that:

1. Plaintiffs David Wolfe and Anita Wolfe's claims against Defendant Torchmark Corporation are DISMISSED WITH PREJUDICE.

2. Plaintiffs David Wolfe and Anita Wolfe's claims against Defendant United American Insurance Company are DISMISSED WITH PREJUDICE.

3. The parties stipulate that each will bear their own costs and attorney fees.

4. The Clerk is ORDERED to close this file.

SO ORDERED, this the ___28___ day of May, 2013.

_/s/ Terrence Boyle_
Honorable Terrence W. Boyle
United States District Judge Presiding

WE ASK FOR THIS:

/s/ Ruth M. Allen
Ruth M. Allen, Esq.
Ruth Allen Law PLLC
Attorney for the Plaintiffs
NC State Bar No. 34739

/s/ David Loar McKenzie
David McKenzie
Sands Anderson PC
Attorney for the Defendants
NC State Bar No 36376